UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD L. BASKETT, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | CASE NO.   C06-914-JLR-JPD <br><br> ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. No.1) is DENIED. *See* 28 U.S.C. § 1915(g).  This matter is DISMISSED.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this _____ day of _____, 2006.

JAMES L. ROBART
United States District Judge

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
AND DISMISSING CASE